JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
CY IRVING BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 03-104-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| CY IRVING BROWN, | ) Dated: October 10, 2006 |
|  | ) Time:  8:30 a.m. |
|  | ) Hon. Morrison C. England, Jr. |
| Defendant. | ) |

Defendant Cy Irving Brown, through his counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Heiko P. Coppola, hereby stipulate and request that the Court continue the due dates for the parties' briefs and the re-sentencing hearing to the new dates set forth below:

Defendant's opening briefs due:     **August 29, 2006**

Government's responsive brief due: **September 12, 2006**

Defendant's reply brief due:        **October 3, 2006**

Re-sentencing hearing:              **October 10, 2006    8:30 a.m.**

The reason for this request is that defense counsel needs additional time to consult with his client and prepare the Ameline

1  remand brief.  Defense counsel also has a conflict with the currently
2  scheduled September 12, 2006 hearing date in that he is scheduled to be
3  in a 3-week trial before the Honorable William B. Shubb starting
4  September 6, 2006 in United States v. Luong, No. CR-S 96-350-WBS.
5       Dated:   August 1, 2006

                                    Respectfully submitted,

                                    /s/ John Balazs
                                    JOHN BALAZS

                                    Attorney for Defendant
                                    CY IRVING BROWN

11      Dated:   August 1, 2006     McGREGOR W. SCOTT
                                    U.S. Attorney

                            By:     /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney
                                    [signed with permission]

**ORDER**

19   IT IS SO ORDERED.
20   Dated: August 1, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE