IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,               No. CR S-03-0104 MCE GGH P

  vs.

CY IRVING BROWN,

      Movant.                 <u>ORDER TO SHOW CAUSE</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  By order filed May 16, 2008, respondent was ordered to file, within forty-five days, an answer.  Respondent has not filed an answer.  Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve an answer to the § 2255 motion and shall show cause in writing why sanctions should not be imposed for the failure to file the answer.

DATED: 08/06/08

                                                  /s/ Gregory G. Hollows
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:035
brow0104.osc

1