UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:03-CR-00104-MCE-AC-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CY IRVING BROWN, | |
| Defendant. | |

Defendant CY IRVING BROWN, X-Ref# 2021639, is granted pro se status as of this date. He is to be afforded all rights and privileges to which pro se defendants are entitled pursuant to the applicable law and prison rules and regulations.

In addition, the Clerk of the Court is directed to change Defendant's address to that listed on his most recent ex parte applications to the Court:

> Cy Irving Brown
> X-Ref# 2021639
> Location: 6E/306
> 651 I Street
> Sacramento, CA 95814

///

///

///

///

Finally, the Government is ordered to serve this Order on the appropriate authorities at the Sacramento County Main Jail.

IT IS SO ORDERED.

Dated: November 7, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT