Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Cy Brown, Sr.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CY IRVING BROWN, Sr.,<br><br>    Defendant. | Cr.S. 03-104 MCE<br><br>**ORDER** |

**GOOD CAUSE APPEARING** the Court orders the court reporter to prepare the sealed portion of the transcript of the *in camera* hearing held on November 20, 2003, and to provide a copy to attorney Krista Hart.

///

///

///

///

///

///

The Court orders the transcript to otherwise remain sealed unless and until appellant introduces the issue into the appeal.

    IT IS SO ORDERED.

Dated:   January 5, 2015

                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT