Krista Hart
Attorney at Law
P.O. Box 188794
Sacramento, CA  95818
916-498-8398
kristahartesq@gmail.com
Attorney for defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CY BROWN, SR.,,<br><br>　　　　Defendant | Case No.: 2:03-cr-00104-MCE-AC<br><br><br>ORDER |

**GOOD CAUSE APPEARING** Krista Hart is relieved and attorney Erin Radekin, 1001 G Street, Suite 107, Sacramento, CA 95814, (916) 504-3931, erinjradekin@gmail.com, is appointed to represent Cy Brown, Sr.

Dated:  May 24, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER - 1