UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CY IRVING BROWN,<br><br>    Defendant. | No. 2:03-CR-00104-MCE<br><br>**ORDER** |

Presently before the Court is a letter filed by Defendant Cy Irving Brown ("Defendant"). ECF No. 212. Based on concerns the Court had with the facts Defendant set forth in that letter, it referred the matter to Defendant's counsel for review and response. ECF No. 213. Counsel timely responded, advising the Court that she had corresponded with her client. ECF No. 216.

///
///
///
///
///
///
///

1

The Court is not satisfied, however, because it is not clear from counsel's filing how this issue was resolved. A number of questions are left unanswered. For example, is Defendant correct that the Bureau of Prisons is interpreting the First Step Act in such a way as to limit his opportunity to transition back into society via a halfway house? If so, does counsel believe that interpretation is correct? If not, what is the anticipated timeline for Defendant's release?

Accordingly, not later than five (5) days following the date this Order is electronically filed, counsel is directed to file a memorandum with the Court advising it of her position on the foregoing questions and providing any additional insight she may have, without divulging privileged information, so that the Court can evaluate whether Defendant's transition to release is being compromised.

IT IS SO ORDERED.

Dated: June 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE